## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Peter-Justin Caleb Pettingell  aka Peter
Justin Pettingell aka Justin Pettingell

BK NO. 18-00445 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Community Loan Servicing, LLC fka
Bayview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca A. Solarz

Rebecca Solarz
30 Oct 2020, 15:44:28, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 2763e652a9ba4a6c4fb3967ed37e27ba1f4b03507b315872db5adb92f938e5