IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
: Case No.: 18-00445
**Peter-Justin Caleb Pettingell AKA Peter** : Chapter 13
**Justin Pettingell, AKA Justin Pettingell** : Judge Henry W. Van Eck
: * * * * * * * * * * * * * * * * * *
**Debtor(s)**
:
: Related Document #
:
:
:

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Nationstar Mortgage LLC , its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Alyk L. Oflazian
    Alyk L. Oflazian, Esquire (312912)
    Adam B. Hall (323867)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    Contact email is amps@manleydeas.com

22-017740_BAZ

Case 1:18-bk-00445-HWV    Doc 47    Filed 06/20/22    Entered 06/20/22 16:44:34    Desc
Main Document      Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | : | |
|---|---|---|
| | : | Case No.: 18-00445 |
| Peter-Justin Caleb Pettingell AKA Peter | : | Chapter 13 |
| Justin Pettingell, AKA Justin Pettingell | : | Judge Henry W. Van Eck |
| | : | * * * * * * * * * * * * * * * * * * |
| Debtor(s) | : | |
| | : | |
| | : | Related Document # |
| | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Kara Katherine Gendron, Attorney for Peter-Justin Caleb Pettingell AKA Peter Justin Pettingell, AKA Justin Pettingell, karagendron@gmail.com

Dorothy L Mott, Attorney for Peter-Justin Caleb Pettingell AKA Peter Justin Pettingell, AKA Justin Pettingell, DorieMott@aol.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Peter-Justin Caleb Pettingell AKA Peter Justin Pettingell, AKA Justin Pettingell, 7 E Marble Street, Mechanicsburg, PA 17055

Vanessa L. Pettingell, 113 Rear W Coover St, Mechanicsburg, PA 17055

/s/ Alyk L. Oflazian

22-017740_BAZ