Certificate Number: 15317-PAM-DE-037024726

Bankruptcy Case Number: 18-00445



15317-PAM-DE-037024726

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 6, 2022, at 2:00 o'clock PM PST, Peter-Justin Pettingell completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   December 6, 2022   By:   /s/Rolyn Martinada

Name:   Rolyn Martinada

Title:   Credit Counselor