United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                                                                    Case No. 18-00445-HWV

Peter-Justin Caleb Pettingell                                                                                                   Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                              User: AutoDocke                                             Page 1 of 3
Date Rcvd: Dec 08, 2022                                      Form ID: 3180W                                          Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter-Justin Caleb Pettingell, 7 E Marble Street, Mechanicsburg, PA 17055-4258 |
| 5019288 | + | CYNTHIA HARDWICK, 113 R WEST COOVER STREET, MECHANICSBURG, PA 17055-6472 |
| 5019290 | + | HARRISBURG FOOT & ANKLE, 4033 LINGLESTOWN RD, STE 1, HARRISBURG, PA 17112-1153 |
| 5019299 | + | VANESSA PETTINGELL, 7 E MARBLE STREET, MECHANICSBURG, PA 17055-4258 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5049758 | + | EDI: LCIBAYLN | Dec 08 2022 23:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 33146-1839 |
| 5049757 | + | EDI: LCIBAYLN | Dec 08 2022 23:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, Florida 33146-1839 |
| 5019287 | | EDI: PENNDEPTREV | Dec 08 2022 23:43:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5019287 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2022 18:38:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5366865 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 08 2022 18:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 5366864 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 08 2022 18:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 5019297 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 08 2022 18:38:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5019289 | | EDI: DISCOVER.COM | Dec 08 2022 23:43:00 | DISCOVER BANK, 12 READS WAY, NEW CASTLE, DE 19720 |
| 5021135 | | EDI: DISCOVER.COM | Dec 08 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5019291 | | EDI: IRS.COM | Dec 08 2022 23:43:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5019286 | | Email/Text: info@pamd13trustee.com | Dec 08 2022 18:38:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5019292 | + | Email/Text: unger@members1st.org | Dec 08 2022 18:38:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, PO |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5487254 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 08 2022 18:38:00 | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 5487255 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 08 2022 18:38:00 | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 5036377 | | EDI: PRA.COM | Dec 08 2022 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5019729 | + | EDI: RECOVERYCORP.COM | Dec 08 2022 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5019293 | | Email/Text: signed.order@pfwattorneys.com | Dec 08 2022 18:38:00 | PRESSLER & PRESSLER, 7 ENTIN ROAD, PARSIPPANY, NJ 07054-9944 |
| 5019294 | | Email/Text: bankruptcy@bbandt.com | Dec 08 2022 18:38:00 | SUNTRUST MORTGAGE, PO BOX 27767, RICHMOND, VA 23261-7767 |
| 5019295 | + | EDI: RMSC.COM | Dec 08 2022 23:43:00 | SYNCB/WALMARTDC, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 5039699 | + | Email/Text: bankruptcy@bbandt.com | Dec 08 2022 18:38:00 | SunTrust Mortgage, Inc, PO Box 27767, Bankruptcy Department RVW-3034, Richmond, VA 23261-7767 |
| 5019296 | + | EDI: CITICORP.COM | Dec 08 2022 23:43:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5019298 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 08 2022 18:38:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5045553 | | EDI: AIS.COM | Dec 08 2022 23:43:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2022 at the address(es) listed

**below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| Brian C Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Peter-Justin Caleb Pettingell DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Peter-Justin Caleb Pettingell karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Mario J. Hanyon | on behalf of Creditor Bayview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor Bayview Loan Servicing LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Peter–Justin Caleb Pettingell<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1015<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–00445–HWV | |

# Order of Discharge                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Peter–Justin Caleb Pettingell
aka Peter Justin Pettingell, aka Justin Pettingell

**By the court:**

12/8/22

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**