United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                              Case No. 18-00445-HWV
Peter-Justin Caleb Pettingell                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                          User: AutoDocke                                            Page 1 of 2
Date Rcvd: Jan 10, 2023                                Form ID: fnldec                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter-Justin Caleb Pettingell, 7 E Marble Street, Mechanicsburg, PA 17055-4258 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023                                Signature:               /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| Brian C Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Peter-Justin Caleb Pettingell DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com |

| | |
|---|---|
| Kara Katherine Gendron | on behalf of Debtor 1 Peter-Justin Caleb Pettingell karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Mario J. Hanyon | on behalf of Creditor Bayview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor Bayview Loan Servicing LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Peter−Justin Caleb Pettingell,<br>aka Peter Justin Pettingell, aka Justin Pettingell, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:18−bk−00445−HWV |

Social Security No.:
    xxx−xx−1015

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 10, 2023

**fnldec** (01/22)